IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DALLAS BUYERS CLUB, LLC, | ) |
| | ) Case No.: 14-cv-7044 |
| Plaintiff, | ) |
| | ) Judge Elaine E. Bucklo |
| v. | ) |
| | ) |
| DOES 1-56, | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS**

  Plaintiff, Dallas Buyers Club, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with Internet Protocol addresses 67.167.240.224 (Doe No. 9) and 71.194.235.254 (Doe No. 17). Each party shall bear its own attorney's fees and costs. Plaintiff is not dismissing any other Doe Defendants at this time.

  The respective Doe Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: December 10, 2014  DALLAS BUYERS CLUB, LLC

By: s/Michael A. Hierl
   Michael A. Hierl (Bar No. 3128021)
   Todd S. Parkhurst (Bar No. 2145456)
   Hughes Socol Piers Resnick & Dym, Ltd.
   Three First National Plaza
   70 W. Madison Street, Suite 4000
   Chicago, Illinois 60602
   (312) 580-0100 Telephone
   (312) 580-1994 Facsimile
   mhierl@hsplegal.com

   Attorneys for Plaintiff
   Dallas Buyers Club, LLC

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Certain Doe Defendants was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on December 10, 2014.

                                                    s/Michael A. Hierl