IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Dallas Buyers Club, LLC,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No. 14 C 7044 ) |
| **Does 1-56,** | ) Judge Rebecca R. Pallmeyer ) ) |
| **Defendants.** | ) |

## ORDER

Pursuant to notice of voluntary dismissal, Doe Defendant No. 9 and Doe Defendant No. 17 are dismissed with prejudice. Each party shall bear its own attorney's fees and costs. Case remains pending against remaining Defendants.

ENTER:

Dated: December 11, 2014

_____
REBECCA R. PALLMEYER
United States District Judge